## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DOROTHY MAE WHITE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 18-4142-HLT |
| ) | |
| AZRIA HEALTH OF OLATHE KANSAS., et al. ) | |
| ) | |
| Defendants. ) | |

## <u>ORDER</u>

Plaintiffs' application for leave to file and continue this action without payment of fees or costs (ECF No. 3) is hereby granted.  If not previously provided, plaintiffs are directed to provide the addresses of all named defendants by no later than **December 28, 2018**, so that the Clerk of the Court may proceed with service of process.  The Clerk shall issue summons to the U.S. Marshal or Deputy Marshal, who are appointed pursuant to Fed. R. Civ. P. 4(c)(3).

A copy of this order shall be mailed to plaintiffs by certified and regular mail.

IT IS SO ORDERED.

Dated November 27, 2018, at Kansas City, Kansas.

 s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

O:\ORDERS\18-4142-HLT-3.docx